

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARJO INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-05000 |
| v. | ) | |
| | ) | Honorable Sara L. Ellis |
| ARJO-CENTURY DISTRIBUTING, INC.; | ) | |
| KARMAN D. CUSACK, | ) | |
| | ) | |
| Defendants. | ) | |

### FINAL JUDGMENT ORDER

This cause having come to be heard on Plaintiff Arjo Inc.'s Petition to Confirm Arbitration Award, the Court being fully advised of all issues pertaining to the Petition, it is HEREBY ORDERED that the relief granted to Plaintiff in the June 28, 2019 Arbitration Award (Dkt. # 1-2) is confirmed pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the following Final Judgment is hereby entered:

(1) Defendant Arjo-Century Distributing, Inc. shall pay Arjo Inc. $387,657.94;

(2) Defendants Arjo-Century Distributing, Inc. and Karman D. Cusack shall pay Arjo Inc. $22,137.50;

(3) Defendants Arjo-Century Distributing, Inc. and Karman D. Cusack are permanently restrained and enjoined from using, disclosing, transferring or possessing, in whole or in part, any information obtained from Plaintiff by Defendants at any time containing Arjo's IDN or GPO pricing information;

(4) Defendants Arjo-Century Distributing, Inc. and Karman D. Cusack are permanently restrained and enjoined from using, disclosing, transferring or possessing, in whole or in part, any material reflecting or describing any information from Plaintiff's Diligent Assessment Program;

(5) Defendants Arjo-Century Distributing, Inc. and Karman D. Cusack shall return to Arjo Inc. all material referencing Plaintiff's IDN and GPO pricing and/or Plaintiff's Diligent Assessment program;

(6) Defendants Arjo-Century Distributing, Inc. and Karman D. Cusack shall provide copies of the Arbitration Award to Handicare USA, Inc.'s president and its registered agent, along with representative officers of any of its affiliates, subsidiaries and parent companies.

ENTERED, this 1 day of October, 2019.

_____
Hon. Sara L. Ellis
U.S.D.J.

This document was entered on the docket on 10/1/19.

C\1398199.1